UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



FILED

FEB 11 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 2:25-CR-23 |
| ) | JUDGE Corker |
| ) | SEALED |
| ) | |
| ) | |
| ) | |
| ) | |
| LONELL HARRIS, aka "Nello". ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about February 7, 2021, to in or about December 2024, in the Eastern District of Tennessee and elsewhere, the defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ LONELL HARRIS, aka "Nello", did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to commit the following offenses against the United States of America: the distribution of fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A)]

### COUNT TWO

The Grand Jury further charges that from in or about February 7, 2021, to in or about December 2024, in the Eastern District of Tennessee and elsewhere, the defendants ▇▇▇▇▇▇

1

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ LONELL HARRIS, aka "Nello", did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to commit the following offenses against the United States of America: the distribution of four hundred (400) grams or more of a detectable amount of N-phenyl-N- [1-( 2-phenylethyl )-4-piperidinyl] propanamide, a/k/a fentanyl, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A)]

## COUNT THREE

The Grand Jury further charges that from in or about February 7, 2021, to in or about December 2024, in the Eastern District of Tennessee and elsewhere, the defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ LONELL HARRIS, aka "Nello", and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with each other to commit the following offenses against the United States of America: knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such financial transactions with intent to promote the carrying on of a specified unlawful activity, that is, the distribution of cocaine, and/or methamphetamine, Schedule II controlled substances, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i).

[18 U.S.C. § 1956(h)]

2

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 21, United States Code 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841, as set forth in Counts One and Two of this Indictment, the defendants, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ LONELL HARRIS, aka "Nello", shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ LONELL HARRIS, aka "Nello", shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

A.   MONEY JUDGMENT

A personal money judgment against each defendant, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ LONELL HARRIS, aka "Nello", for an amount representing the amount of proceeds that the defendant personally obtained as a result of the violations of Title 21, United States Code, Sections 846 and/or 841, and/or Title 18, United States Code, Section 1956..

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

FRANCIS M. HAMILTON, III
United States Attorney

By: _____
J. CHRISTIAN LAMPE
Assistant U.S. Attorney

4